## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>         **Plaintiff,**<br><br>    v.<br><br>**VICTOR ALFARO, a/k/a VICTOR LOBOS,**<br><br>         **Defendant.** | **Case No. 07-30M**<br><br>**INITIAL ORDER RE: COMPLAINT FOR PROVISIONALARREST WITH A VIEW TOWARDS EXTRADITION** |

**THIS MATTER** comes on for hearing on the Petition of the United States Attorney for the Provisional Arrest of the defendant with a view towards Extradition.

**The plaintiff appears through Special/Assistant United States Attorney,   ARLEN STORM;**
**The defendant appears personally and represented by counsel,   MIRIAM SCHWARTZ;**

**The Court having advised the defendant of the allegations in the Complaint, and having appointed counsel to assist him; and the court finding probable cause with regard to the alleged violation(s);**

**The matter is scheduled for a status hearing within 60 days as follows:**

                **Date:        March 20, 2007**

                **Time:        10:00 a.m.**

**(  ) Defendant is released pending the above scheduled hearing.**

**( x )   Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings – WITHOUT PREJUDICE TO REVIEW.**

**The clerks shall direct copies of this order be directed to the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

                              **January 23, 2007.**


                               _/s/ J. Kelley Arnold_____
                              **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1